**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

David E. Mack
7720 McCallum Blvd.
No. 2099
Dallas, Tx 75252

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X [signature] ☐ Agent ☒ Addressee

B. Received by (Printed Name)    C. Date of Delivery
David E. Mack    4/25/14

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

4:14cv200 #7

3. Service Type
☒ Certified Mail®   ☐ Priority Mail Express™
☐ Registered        ☒ Return Receipt for Merchandise
☐ Insured Mail      ☐ Collect on Delivery

4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number (Transfer from service label)
7013 3020 0001 2030 8077

PS Form 3811, July 2013    Domestic Return Receipt

*Filed stamp: U.S. District Court, Eastern District of Texas, APR 28 2014, By David J. Maland, Clerk, Deputy*