# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# SHERMAN DIVISION

| | |
|---|---|
| DAVID E. MACK, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. |
| | ) 4:14-cv-00200-RAS-DDB |
| MIDLAND CREDIT MANAGEMENT, INC., | ) |
| | ) |
| Defendant. | ) |

## JUDGMENT

This case having come before the Court on Plaintiff David E. Mack's ("Plaintiff") acceptance of an offer made by defendant Midland Credit Management, Inc. ("Midland") pursuant to Rule 68 of the Federal Rules of Civil Procedure, [Doc. 9], the Court finds as follows:

1. On April 22, 2014, Midland offered to let judgment be taken against it in the amount of $2,501.00, plus reasonable costs.

2. On May 2, 2014, Plaintiff accepted that offer. [*See* Doc. 9.]

3. Plaintiff submits that his reasonable costs in this matter are $117.11.

THEREFORE JUDGMENT IS ENTERED IN FAVOR of Plaintiff David E. Mack, and against Midland in the amount of $2,618.11. All claims and causes of action against Midland are hereby dismissed. All pending motions are moot. The Clerk is directed to close the case.

Dated this _____ day of May, 2014.

20754134 v1

AGREED TO BY:

| | |
|---|---|
| */s/ David E. Mack* (with permission) <br> David E. Mack, Plaintiff <br> 7720 McCallum Boulevard, #2099 <br> Dallas, Texas 75252 <br> Telephone:     (972) 735-9642 <br> Email: mack2001@swbell.com | */s/ Reid S. Manley* <br> Reid S. Manley <br> Texas Bar No. 24047520 <br> 420 North 20th Street, Suite 3400 <br> Birmingham, Alabama  35203 <br> Telephone: (205) 251-3000 <br> Facsimile: (205) 458-5100 <br> rmanley@burr.com <br><br> Attorney for Defendant <br> MIDLAND CREDIT MANAGEMENT, INC. |