**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION**

| | |
|---|---|
| **DAVID E. MACK,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | **CIVIL ACTION NO.** |
| ) | **4:14-cv-00200-RAS-DDB** |
| **MIDLAND CREDIT MANAGEMENT,** ) | |
| **INC.,** ) | |
| ) | |
| **Defendant.** ) | |

## JUDGMENT

This case having come before the court on Plaintiff David E. Mack's ("Plaintiff") acceptance of an offer made by defendant Midland Credit Management, Inc. ("Midland") pursuant to Rule 68 of the Federal Rules of Civil Procedure, [Doc. 9], the eourt finds as follows:

1. On April 22, 2014, Midland offered to let judgment be taken against it in the amount of $2,501.00, plus reasonable costs.

2. On May 2, 2014, Plaintiff accepted that offer.

3. Plaintiff submits that his reasonable costs in this matter are $117.11.

THEREFORE JUDGMENT IS ENTERED IN FAVOR of Plaintiff David E. Mack, and against Midland in the amount of $2,618.11. All claims and causes of action against Midland are hereby dismissed. All pending motions are f gpkgf "cu'moot. The Clerk is directed to close the case.

**"KV'KU'QTF GTGF0"**

SIGNED this the 2nd day of July, 2014.

_____
RICHARD A. SCHELL
UNITED STATES DISTRICT JUDGE

2

AGREED TO BY:

/s/ David E. Mack (with permission)  
David E. Mack, Plaintiff  
7720 McCallum Boulevard, #2099  
Dallas, Texas 75252  
Telephone:     (972) 735-9642  
Email: mack2001@swbell.com

/s/ Reid S. Manley  
Reid S. Manley  
Texas Bar No. 24047520  
420 North 20th Street, Suite 3400  
Birmingham, Alabama  35203  
Telephone: (205) 251-3000  
Facsimile: (205) 458-5100  
rmanley@burr.com

Attorney for Defendant  
MIDLAND CREDIT MANAGEMENT, INC.