IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| DAVID E. MACK, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. |
| | ) | 4:14-cv-00200-RAS-DDB |
| MIDLAND CREDIT MANAGEMENT, INC., | ) | |
| | ) | |
| Defendant. | ) | |

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF TEXAS
AUG 5 2014
BY DAVID J. MALAND, CLERK
DEPUTY_____

## SATISFACTION OF JUDGMENT

Plaintiff David E. Mack hereby notifies the Court that all amounts owed by defendant Midland Credit Management, Inc. as a result of the judgment in this case have been paid in full and the judgment in this case is satisfied in full.

Respectfully submitted this 5th day of August, 2014.

*/s/ David E. Mack*

David E. Mack
7720 McCallum Boulevard, #2099
Dallas, Texas 75252
Telephone: (972) 735-9642
Email: mack2001@swbell.com

20754483 v1